BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>PATRICIA JEANNE LOVELACE,<br>PATRICIA JEANNE LOVELACE SOCIAL SECURITY INDENTURE MUNICIPAL INCORPORATION,<br><br>         Defendants. | CASE NO. 2:13-cv-00622 GEB EFB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Order Expunging False UCC-1 Liens, and for good cause shown, IT IS ORDERED that:

1. The following UCC-1 Financing Statements are declared null, void, and of no legal effect, and the Secretary of State of California is hereby directed to expunge them from her records as follows:

    A. UCC-1 Financing Statement, Document Number 34325950002, Filing Number 12-7326165629, filed on August 22, 2012;

    B. UCC-1 Financing Statement Amendment, Document Number 34582820002, Filing Number 12-73288160, filed on September 13, 2012;

    C. UCC-1 Financing Statement, Document Number 34371720002, Filing Number 12-7326655411, filed on August 27, 2012; and

  D. UCC-1 Financing Statement, Document Number 34371720004, Filing Number 12-7326660124, filed on August 27, 2012.

  3. Leave is granted for plaintiff to file the judgment and order of this Court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the above specified UCC Financing Statements have or may have been filed by defendants;

  4. Defendants Patricia Jeanne Lovelace, Patricia Jeanne Lovelace Social Security Indenture Municipal Incorporation, their agents, employees, and all others acting in active concert or participation with them, are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create or reflect any non-consensual lien or encumbrance against the person or property of the federal employees named in the above-referenced UCC Financing Statements, or other employees or officers of the United States.  This permanent injunction does not prevent defendants from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction does not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction; and

  5. The Clerk is directed to enter Judgment and close the case.

**Date: 7/9/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] Order     2